UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REGIONS BANK, N.A.,

                Plaintiff,

-vs-                                       Case No.   2:11-cv-627-FtM-99SPC

WAVEMAKER, a 2007 45R Cruiser with
Manufacturers' Hull Identification Number
US-RPGEA132A707 and Official Number
1212393, her boats, tackle, apparel,
furniture and furnishings, equipment,
engines, appurtenances, etc., *in rem*; and
BRIAN M. HAAG, as her Owner and individually,
jointly and severally, *in personam*,

                Defendant.
_____/

## ORDER

      This matter comes before the Court on Plaintiff, Regions Bank, N.A.'s Motion for Entry of Clerk's Default (Doc. # 25) filed on March 28, 2012.  The Plaintiff moves for an entry of clerk's default and states that service of the Summons and Complaint was served on the owner of the Defendant Vessel, WAVEMAKER, a 2007 45R Cruiser with Manufacturers' Hull Identification Number US-RPGEA132A707 and Official Number 1212393, her boats, tackle, apparel, furniture and furnishings, equipment, engines, appurtenances, etc., (the "Vessel") *in rem*, on November 2, 2011.  Subsequently, the Court issued a Warrant to arrest Defendant Vessel (Doc. # 6) on November 3, 2011.  The Vessel was seized by the United States Marshal on November 17, 2011, and Plaintiff filed the United States Marshal's Return of Service form (Doc. # 11) on November 29, 2011.  As grounds for default, Plaintiff states that Defendant, Brian M.

Haag, executed an Acceptance of Service with the Court (Doc. # 12), and answered on his own behalf but not on behalf of the Vessel.  As Defendant Vessel has failed to plead or otherwise defend this case as provided by Fed. R. Civ. P. 12, this motion is now ripe for review.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).  Upon review of this case, the Court finds that Defendant Vessel has failed to file a responsive pleading within twenty one (21) days of service of the Complaint.  Therefore, the Court finds than an entry of clerk's default against Defendant Vessel, WAVEMAKER, a 2007 45R Cruiser with Manufacturers' Hull Identification Number US-RPGEA132A707 and Official Number 1212393, her boats, tackle, apparel, furniture and furnishings, equipment, engines, appurtenances, etc., *in rem*, is appropriate at this time.

Accordingly, it is now

**ORDERED:**

Plaintiff, Regions Bank, N.A.'s Motion for Entry of Clerk's Default (Doc. # 25) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of March, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record